Argued and submitted March 13, remanded in part with instructions; otherwise affirmed May 21, 1997

## STATE OF OREGON,
*Respondent,*

*v.*

## KEITH WILLIS,
*Appellant.*

(9303-31947; CA A88707)

939 P2d 1171

Dan Maloney, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Katherine H. Waldo, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Remanded with instructions to enter modified judgment reducing period of post-prison supervision to 36 months, *State v. McFee,* 136 Or App 160, 901 P2d 870 (1995), *rev dismissed* 323 Or 662 (1996); otherwise affirmed.